IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES L. ROBINSON, #121865,  )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. 2:18-CV-111-WHA
                              )
JEFFERSON S. DUNN, et al.,    )
                              )
    Defendants.               )

## ORDER

On March 29, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint as ordered by this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 19th day of April, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE